JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF PASADENA, ET AL., ) <br> ) <br> Defendants. ) <br> ) <br> ) | CASE NO. CV 07-03499-MMM(PJWx) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: January 9, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE